UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Sabriah A. Smith | :<br>:<br>:   Chapter 13<br>: |
| Debtor (s) | :   Case No.: 17-18479MDC |

## ORDER

**AND NOW,** upon Motion of the Debtor to avoid a judicial lien held by Discover Bank on personal property and/or real property of the Debtors located at 821 Disston Street, Philadelphia, PA 19111,

**AND,** the Debtor having asserted that the alleged lien arising from the judgment entered at **Philadelphia, Municipal Court, Case Number SC-17-02-27-6177** is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtors and/or the personal property of the Debtors listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

Date: 4/9/19

                                                Magdeline D. Coleman
                                                U.S. BANKRUPTCY JUDGE