```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                                  Case No. 17-18479-mdc
Sabriah A. Smith                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: Jennifer            Page 1 of 1           Date Rcvd: May 29, 2019
                           Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db             +Sabriah A. Smith,    821 Disston St.,    Philadelphia, PA 19111-4426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Debtor Sabriah A. Smith brad@sadeklaw.com,   bradsadek@gmail.com
      KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
       bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
       dmaurer@pkh.com;mgutshall@pkh.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Sabriah A. Smith | : | |
| | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 17-18479MDC |

## ORDER

**AND NOW,** upon Motion of the Debtor to avoid a judicial lien held by Discover Bank on personal property and/or real property of the Debtors located at 821 Disston Street, Philadelphia, PA 19111,

**AND,** the Debtor having asserted that the alleged lien arising from the judgment entered at **Philadelphia, Municipal Court, Case Number, SC-17-05-02-3262** is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtors listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

Date: 4/9/19

Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE