## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| | : | |
| Sabriah A. Smith | : | Case No. 17-18479MDC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Application for Compensation filed at docket number 82 which was inadvertently filed as a duplicate filing.

DATED: February 21, 2020    BY:  */s/ Brad J. Sadek*
                                 Brad J. Sadek, Esq.
                                 Sadek and Cooper Law Offices
                                 1315 Walnut Street, Suite 502
                                 Philadelphia, PA 19107
                                 215-545-0008
                                 Attorney for Debtors