## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| --- | --- | --- |
| Sabriah A. Smith | : | Case No. 17-18479MDC |
| Debtor(s) | : | Chapter 13 |

### PRAECIPE TO WITHDRAW

Kindly withdraw the <u>Motion to Modify Plan</u> filed at docket number 79.

DATED: February 26, 2020      BY:   */s/ Brad J. Sadek*
                                                        Brad J. Sadek, Esq.
                                                        Sadek and Cooper Law Offices
                                                        1315 Walnut Street, Suite 502
                                                        Philadelphia, PA 19107
                                                        215-545-0008
                                                        Attorney for Debtors