IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Sabriah A Smith | : | Chapter 13 |
| | : | |
| | : | Case No.  17-18479MDC |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation filed at docket number 89.

Dated:  March 17, 2020                         /s/ Brad J. Sadek, Esquire
                                                                  Brad J. Sadek, Esquire
                                                                  Sadek and Cooper
                                                                  1315 Walnut Street, Suite 502
                                                                  Philadelphia, PA 19107
                                                                  215-545-0008