# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-18479-MDC

SABRIAH A SMITH

821 DISTON STREET

PHILADELPHIA, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  SABRIAH A SMITH

  821 DISTON STREET

  PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

  BRAD J. SADEK ESQ
  SADEK LAW OFFICE
  1315 WALNUT STREET #502
  PHILADELPHIA, PA 19107-

Date: 7/22/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee