Certificate Number: 03088-PAE-DE-035461286

Bankruptcy Case Number: 17-18479



03088-PAE-DE-035461286

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 15, 2021</u>, at <u>2:55</u> o'clock <u>PM CDT</u>, <u>Sabriah A Smith</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 15, 2021</u>          By:     <u>/s/Doug Tonne</u>

Name:   <u>Doug Tonne</u>

Title:   <u>Counselor</u>