United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-18479-mdc

Sabriah A. Smith                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2021 | Form ID: 138NEW | Total Noticed: 31 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sabriah A. Smith, 821 Disston St., Philadelphia, PA 19111-4426 |
| 14029766 | + | Cre Bushkill Group, Ll, Route 209 Po Box 447, Bushkill, PA 18324-0447 |
| 14582569 | + | David S. Gellert, Esquire, 1244 Hamilton Street, Suite 204, Allentown, PA 18102-4699 |
| 14196352 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14035638 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14029772 | + | Police And Fire Fede, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14029774 | + | Waypoint Resource Grou, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 20 2021 02:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2021 02:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 20 2021 02:01:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2021 02:04:56 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 20 2021 02:07:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14111625 | | Email/Text: megan.harper@phila.gov | Apr 20 2021 02:08:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14029764 | + | Email/Text: bankruptcy@cavps.com | Apr 20 2021 02:01:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 14030798 | + | Email/Text: bankruptcy@cavps.com | Apr 20 2021 02:01:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14029773 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2021 02:08:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14039836 | | Email/Text: bnc-quantum@quantum3group.com | Apr 20 2021 02:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14036117 | | Email/Text: mrdiscen@discover.com | Apr 20 2021 02:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14029767 | + | Email/Text: mrdiscen@discover.com | | |

District/off: 0313-2                           User: admin                                    Page 2 of 3

Date Rcvd: Apr 19, 2021                        Form ID: 138NEW                        Total Noticed: 31

| | | | |
|---|---|---|---|
| | | Apr 20 2021 02:01:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14029768 | + Email/Text: dplbk@discover.com | | |
| | | Apr 20 2021 02:01:00 | Discover Personal Loan, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14037617 | + Email/Text: dplbk@discover.com | | |
| | | Apr 20 2021 02:01:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14029765 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Apr 20 2021 02:06:27 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14041165 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Apr 20 2021 02:01:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14029769 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Apr 20 2021 02:01:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14046764 | Email/PDF: cbp@onemainfinancial.com | | |
| | | Apr 20 2021 02:06:28 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14029770 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Apr 20 2021 02:04:54 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14244457 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 20 2021 02:06:29 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk VA 23541 |
| 14030092 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 20 2021 02:07:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14029771 | + Email/Text: blegal@phfa.org | | |
| | | Apr 20 2021 02:01:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14536026 | + Email/Text: blegal@phfa.org | | |
| | | Apr 20 2021 02:01:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14062178 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 20 2021 02:01:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2021                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |

on behalf of Debtor Sabriah A. Smith brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

KEVIN G. MCDONALD

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

LEON P. HALLER

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Sabriah A. Smith

        Debtor(s)

Bankruptcy No: 17−18479−mdc

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 4/19/21

107 − 106
Form 138_new
